

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:21CR00433 JAR/NCC** |
| v. ) | |
| ) | |
| DARSUAN HALL, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about January 17, 2021, in St. Louis County, within the Eastern District of Missouri,

**DARSUAN HALL,**

the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
KOURTNEY M. BELL, #300171 (CA)
Assistant United States Attorney